UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARY RAVAGE,<br><br>                Plaintiff,<br><br>    v.<br><br>MEDCOR, et al.,<br><br>                Defendants. | No.  13-CV-5055-EFS<br><br>**ORDER DISMISSING CASE** |

On January 9, 2015, the parties filed a joint motion for dismissal with prejudice. ECF No. 19. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

1. The parties' Joint Motion to Dismiss, **ECF No. 19**, is **GRANTED.**
2. All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.
3. All pending motions are **DENIED AS MOOT.**
4. All hearings and other deadlines are **STRICKEN.**
5. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

/

ORDER DISMISSING CASE - 1

1    **DATED** this  9th   day of January 2015.

                            s/Edward F. Shea
                            EDWARD F. SHEA
                 Senior United States District Judge

Q:\EFS\Civil\2013\5055.stip.dismiss.lc2.docx

ORDER DISMISSING CASE - 2